UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Chapter 12 Case |
| Richard and Jacklyn Denelsbeck | BKY 15-34150 |
| Debtors. | |

**ORDER**

This case is before the court on the debtors' gzr gf kgf "motion for an order to extend or renew qtf gt "authorizing the debtors to use cash collateral and granting adequate protection.

IT IS ORDERED:

The debtors' motion is DENIED.

Dated:  *May 2, 2016*

*/e/ Michael E. Ridgway*

Michael E. Ridgway
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *05/02/2016*
Lori Vosejpka, Clerk, by MJS

3