UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                                Chapter 12
                                                                      BKY 15-34150

Richard and Jacklyn Denelsbeck,

       Debtors.

## ORDER

This case is before the court for confirmation hearing on the chapter 12 plan of Richard and Jacklyn Denelsbeck.

IT IS ORDERED:

Confirmation of the debtors' chapter 12 plan filed on February 44, 2016 is DENIED.

Dated:  *May 2, 2016*

        */e/ Michael E. Ridgway*

        Michael E. Ridgway
        United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 05/02/2016
Lori Vosejpka, Clerk, by MJS